# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DHP HOLDINGS II CORPORATION, et al.,<br><br>Debtor. | Chapter 11<br><br>Case No. 08-13422 (MFW)<br>(Jointly Administered) |
| JOHN MANNING, KEN MAITLAND and TONY QUESENBERRY on their own behalf and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br>v.<br><br>DHP HOLDINGS II CORPORATION a/k/a, DESA (CAYMAN) HOLDING, LLC, DESA (CAYMAN) II HOLDING, LLC, DESA, LLC, DESA HEATING, LLC, DESA SPECIALTY, LLC, DESA FMI, LLC, DESA IP, LLC, DESA, LLC, and HIG CAPITAL, LLC,<br><br>Defendants. | Adv. Pro. No. 09-50023 (MFW) |

## DECLARATION OF JEFFREY M. BURNS IN SUPPORT OF THE MOTION OF H.I.G. CAPITAL, LLC FOR SUMMARY JUDGMENT ON THE SINGLE EMPLOYER ISSUE

I, JEFFREY M. BURNS, on my oath, do hereby depose and say as follows:

1. I am an attorney at the law firm of Greenberg Traurig, LLP. I represent the Defendant H.I.G. Capital, LLC ("H.I.G.") in this Adversary Proceeding. I make this Declaration of my own personal knowledge and in support of H.I.G.'s Motion for Summary Judgment on the Single Employer Issue.

2. Attached hereto as **Exhibit A** are true and accurate copies of pages from the Deposition Transcript of Craig Dean cited by H.I.G. in support of its Motion for Summary Judgment on the Single Employer Issue.

3. Attached hereto as **Exhibit B** are true and accurate copies of pages from the Deposition Transcript of Richard Stokes cited by H.I.G. in support of its Motion for Summary Judgment on the Single Employer Issue.

4. Attached hereto as **Exhibit C** are true and accurate copies of pages from the Deposition Transcript of Anthony Tamer cited by H.I.G. in support of its Motion for Summary Judgment on the Single Employer Issue.

5. Attached hereto as **Exhibit D** is a true and accurate copy of the "Declaration of Craig S. Dean, Chief Restructuring Officer of the Debtors, in Support of First Day Motions," as taken from the Court's electronic docket in the matter *In re DHP Holdings II Corporation, et al.*, C.A. No. 08-13422-MFW.

6. Attached hereto as **Exhibit E** are true and accurate copies of the first page and signature pages of a Credit Agreement that DHP Holdings II Corporation produced in this Adversary Proceeding.

7. Attached hereto as **Exhibit F** are true and accurate copies of documents that H.I.G. produced in this Adversary Proceeding.

8. Attached hereto as **Exhibit G** are true and accurate copies of documents Plaintiffs produced in this Adversary Proceeding.

9. Attached hereto as **Exhibit H** are true and accurate copies of the bankruptcy petitions of DHP Holdings II Corporation (C.A. No. 08-13422-MFW), Desa, LLC (C.A. No. 08-13423), Desa Heating, LLC (C.A. No. 08-13424), Desa Specialty, LLC (C.A. No. 08-13425),

Desa FMI, LLC (C.A. No. 08-13426) and Desa IP, LLC (C.A. No. 08-13427), as taken from the Court's electronic docket.

**SIGNED UNDER PENALTY OF PERJURY THIS 10th DAY OF MAY, 2010.**

_____