# EXHIBIT C TO BURNS DECLARATION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
CASE No.: 08-13422 (MFW)

**CERTIFIED COPY**

DHP HOLDINGS II CORPORATION,
et al.,

        Debtor,

---

JOHN MANNING, KEN MAITLAND
and TONY QUESENBERRY on their
own behalf and on behalf of
all other persons similarly
situated,

        Plaintiffs,

vs.

DHP HOLDINGS II CORPORATION a/k/a,
DESA (CAYMAN) HOLDING, LLC,
DESA (CAYMAN) II HOLDING, LLC,
DESA, LLC, DESA HEATING, LLC,
DESA SPECIALTY, LLC, DESA FMI,
LLC, DESA IP, LLC, DESA, LLC,
and HIG CAPITAL, LLC,

        Defendants.

---

DEPOSITION OF
ANTHONY TAMER
Taken on Behalf of the Plaintiffs

DATE TAKEN:     April 9, 2010
TIME:     9:19 o'clock a.m.
PLACE:     1221 Brickell Avenue, 20th Floor
    Miami, Florida

Examination of the witness taken before:
CYNTHIA R. HEWLETT
Registered Professional Reporter
United Reporting, Inc.
1218 Southeast 3rd Avenue
Fort Lauderdale, Florida
954-525-2221

1  (Mr. Tamer's bio was marked Plaintiffs'
2  Exhibit 54 for Identification.)
3  Q    Mr. Tamer, do you recognize this document?
4  A    Yes.
5  Q    What is it?
6  A    This is out of our website showing a mini
7  bio of -- for me.
8  Q    Is the information stated within this bio
9  correct?
10  A    Yes.
11  Q    Okay. And I'd like to direct your attention
12  to the first sentence. It says, Tony Tamer is a
13  co-founding partner of H.I.G. Capital and has served
14  as a managing partner of the firm since 1993.
15       Did I read that correctly?
16  A    Yes.
17  Q    Where it states H.I.G. Capital, is that
18  referring to H.I.G. Capital, LLC?
19  A    Yes.
20  Q    H.I.G. Capital is organized as a limited
21  liability company under the laws of Delaware.
22  Correct?
23  A    Yes.
24  Q    Who owns H.I.G. Capital, LLC?
25  A    It is co-owned between myself and my

1 partner, Sami Mnaymneh.

2 Q    And what form of ownership do you have in
3 H.I.G. Capital, LLC?

4    A    Members of the LLC.

5 Q    Are there any other owners of H.I.G.
6 Capital, LLC?

7    A    No.

8 Q    Are there any other members of H.I.G.
9 Capital, LLC?

10    A    No.

11 Q    Okay.  Were you and Mr. Mnaymneh the only
12 members with ownership interest in H.I.G. Capital,
13 LLC, during 2008?

14    A    Yes.

15 Q    There were no other individuals who held any
16 ownership stake in H.I.G. Capital, LLC, during 2008?

17    A    No.

18       (E-mails from August 22, 2008, and DESA's
19       structure were marked Plaintiffs' Exhibit 55 for
20       Identification.)

21 Q    Mr. Tamer, during Mr. Stokes' deposition, he
22 authenticated the document before you as Plaintiffs --
23 it was marked as Plaintiffs' Deposition Exhibit 1.

24       Do you recognize this document?

25    A    Not really.

1  voting on any particular resolution?

2     A    I don't believe so.

3     Q    And they were adopt -- well, and there was
4  no dissent?

5     A    That's right.

6     Q    Who is Charles Hanemann?

7     A    He was the managing director at H.I.G.

8     Q    During what time period?

9     A    I believe he left sometime in 2009. And he
10 had joined the firm back in the '90's. I don't
11 remember exactly.

12    Q    Did he own any ownership interest in H.I.G.
13 Capital, LLC?

14    A    No.

15    Q    Did he own any man -- ownership interest in
16 any of the funds managed or controlled by H.I.G.
17 Capital, LLC?

18    A    He may have a very small amount.

19    Q    Did Mr. Hanemann own any interest in H.I.G.
20 Capital Partners II, LP, during 2008?

21    A    I believe a very small amount.

22    Q    Did Mr. Hanemann own any interest in H.I.G.
23 Capital Partners III, LP, during 2008?

24    A    Which entities?

25    Q    H.I.G. Partners Capital III, LP.

1  current state of affairs and agree on next steps.
2          Did I read that correctly?
3     A   Yes.
4     Q   That e-mail was sent from Ricky Stokes to
5  you and Mr. Mnaymneh, with a courtesy copy to
6  Mr. Hanemann and Mr. McMullen on December 10th, 2008.
7          Is that correct?
8     A   Yes.
9     Q   Did you forward this e-mail to
10 Mr. Bluestein?
11    A   I don't remember.
12    Q   Were any of the e-mails in this chain
13 forwarded to Mr. Bluestein?
14    A   I don't remember.
15    Q   During 2008, who was responsible for setting
16 personnel policies for H.I.G. Capital, LLC, employees?
17    A   Ultimately, Sami and I.
18    Q   And who is responsible for setting personnel
19 policies for the debtors?
20    A   The CEO of DESA.
21    Q   Of DESA, LLC?
22    A   Operating company.
23    Q   And he set the personnel policies for all
24 the other debtors?
25    A   Yes.

1          You can answer it, to the extent you're able
2     to.
3     A    I don't recall.
4     **Q    Okay.  In 2008, who performed the accounting**
5  **or auditing work for H.I.G. Capital, LLC?**
6     A    In 2008?
7     **Q    Yes.**
8     A    The audit?
9     **Q    Or accounting work.**
10         MR. BURNS:  Are you looking for outside --
11    A    Outside, you mean, or inside?
12         MR. BURNS:  -- companies?
13    **Q    Yes.**
14         **Well, we'll start with outside.**
15    A    We -- we didn't audit the H.I.G. Capital,
16 LLC entities until recently.  And we just hired an
17 accounting firm.  And I frankly apologize, I don't
18 know who that is.  I just don't remember.
19    **Q    Okay.**
20    A    But we did use the audit for the H.I.G.
21 Capital, LLC, for many years, until very recently.
22    **Q    Was any accounting work or auditing work**
23 **performed for H.I.G. Capital, LLC, by individuals**
24 **within the company during 2008?**
25    A    Yes.  Yes.  Our CFO, Ruth Brophy.

1  Q   Who? I'm sorry.

2  A   Ruth Brophy, B-r-o-p-h-y, is our CFO. And
3  she has a team of accountants within H.I.G.

4  Q   In 2008, who performed the accounting or
5  auditing work for the debtors?

6  A   I don't recall the name of the accounting
7  firm.

8  Q   Did Ms. Brophy ever perform any accounting
9  or auditing work for the debtors during 2008?

10 A   No.

11 Q   Did any H.I.G. employees -- H.I.G. Capital,
12 LLC, employees perform any type of auditing or
13 accounting work for any of the debtor entities during
14 2008?

15 A   No.

16 Q   In 2008, who performed the benefits
17 administration work for H.I.G. Capital, LLC employees?

18 A   Ruth Brophy and her team.

19 Q   Was there any outside funds administrator or
20 pension plan administrator for H.I.G. Capital, LLC,
21 during 2008?

22 A   I think maybe John Hancock does provide some
23 of the third-party work for H.I.G. Capital, LLC.

24 Q   Did John Hancock perform such work during
25 2008?

Page 128

1     A    Yes.

2     Q    In 2008, who performed the benefits
3 administration work for the debtor employees?

4     A    It wasn't John Hancock. And I don't
5 remember the name of the firm.

6     Q    Did Ms. Brophy ever perform any benefits
7 administration work for any of the employees to the
8 debtor or debtors?

9     A    No. No.

10     Q    Have H.I.G. Capital, LLC, or any of its
11 funds held a joint account with any of the debtor
12 entities?

13     A    No.

14     Q    Did H.I.G. Capital and debtors ever share or
15 occupy any common facilities?

16     A    No.

17     Q    Did they ever share any equipment?

18     A    No.

19     Q    Materials?

20     A    No.

21     Q    Office supplies, anything like that?

22     A    No.

23     Q    Without telling me the substance of any
24 discussions that you may have had on or after
25 December 6th, do you recall if Mr. Stokes told you