# EXHIBIT E TO BURNS DECLARATION

THIS INSTRUMENT AND THE RIGHTS AND OBLIGATIONS EVIDENCED HEREBY AND ANY SECURITY INTERESTS OR OTHER LIENS SECURING SUCH OBLIGATIONS ARE SUBORDINATE IN THE MANNER AND TO THE EXTENT SET FORTH IN THAT CERTAIN SUBORDINATION AND INTERCREDITOR AGREEMENT (THE "SUBORDINATION AGREEMENT") DATED AS OF JUNE 11, 2007 AMONG H.I.G. CAPITAL PARTNERS III, L.P., H.I.G. INVESTMENT GROUP, II, L.P., H.I.G. CAPITAL PARTNERS II, L.P., H.I.G. INVESTMENT GROUP III, L.P. AND BERGGRUEN HOLDINGS NORTH AMERICA (COLLECTIVELY, THE "LENDERS"), AND H.I.G. CAPITAL PARTNERS III, L.P., AS ADMINISTRATIVE AGENT FOR THE LENDERS, DESA, LLC, A FLORIDA LIMITED LIABILITY COMPANY AND SUCCESSOR BY MERGER TO DESA US, LLC, HIG-DESA HEATING, INC., HIG-DESA SPECIALTY, INC. AND HIG-DESA FMI, INC. ("DESA"), INDIVIDUALLY AS A BORROWER AND AS FUNDS ADMINISTRATOR, DESA HEATING, LLC, A FLORIDA LIMITED LIABILITY COMPANY ("DESA HEATING"), DESA SPECIALTY, LLC, A FLORIDA LIMITED LIABILITY COMPANY ("DESA SPECIALTY"), DESA FMI, LLC, A FLORIDA LIMITED LIABILITY COMPANY ("DESA FMI"), DESA IP, LLC, A FLORIDA LIMITED LIABILITY COMPANY ("DESA IP"; DESA IP, TOGETHER WITH DESA, DESA HEATING, DESA SPECIALTY AND DESA FMI ARE HEREINAFTER REFERRED TO INDIVIDUALLY AS A "BORROWER" AND COLLECTIVELY AS THE "BORROWERS"), DHP HOLDINGS II CORPORATION, A DELAWARE CORPORATION ("HOLDINGS"), DHP ACQUISITION CORP., A CORPORATION ORGANIZED UNDER THE LAWS OF THE CAYMAN ISLANDS ("PARENT" AND TOGETHER WITH EACH BORROWER AND HOLDINGS, THE "COMPANY") AND MERRILL LYNCH CAPITAL, A DIVISION OF MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC. ("AGENT"), TO THE INDEBTEDNESS (INCLUDING INTEREST) OWED BY THE COMPANY, AND THE SECURITY INTERESTS AND LIENS SECURING SUCH INDEBTEDNESS, PURSUANT TO THAT CERTAIN CREDIT AGREEMENT DATED AS OF DECEMBER 6, 2004 AMONG THE COMPANY, AGENT AND THE LENDERS FROM TIME TO TIME PARTY THERETO, AS SUCH CREDIT AGREEMENT HAS BEEN AND HEREAFTER MAY BE AMENDED, SUPPLEMENTED OR OTHERWISE MODIFIED FROM TIME TO TIME AND TO INDEBTEDNESS REFINANCING THE INDEBTEDNESS UNDER THAT AGREEMENT AS CONTEMPLATED BY THE SUBORDINATION AGREEMENT; AND EACH HOLDER OF THIS INSTRUMENT, BY ITS ACCEPTANCE HEREOF, IRREVOCABLY AGREES TO BE BOUND BY THE PROVISIONS OF THE SUBORDINATION AGREEMENT.

# CREDIT AGREEMENT

Dated as of June 11, 2007

between

DESA, LLC,
DESA SPECIALTY, LLC,
DESA IP, LLC,
DESA HEATING, LLC and
DESA FMI, LLC

as Borrowers,

H.I.G. Capital Partners III, L.P

as Administrative Agent,

and

The Lenders Party Hereto,

as Lenders

IN WITNESS WHEREOF, Subordinated Creditors, the Company and Agent have caused this Agreement to be executed as of the date first above written.

SUBORDINATED CREDITORS:

H.I.G. CAPITAL PARTNERS III, L.P.

By: /s/ Sami Mnaymneh
Name: Sami Mnaymneh
Title: Managing Director

H.I.G. INVESTMENT GROUP II, L.P.

By: /s/ Sami Mnaymneh
Name: Sami Mnaymneh
Title: Managing Director

H.I.G. CAPITAL PARTNERS II, L.P.

By: /s/ Sami Mnaymneh
Name: Sami Mnaymneh
Title: Managing Director

H.I.G. INVESTMENT GROUP III, L.P.

By: /s/ Sami Mnaymneh
Name: Sami Mnaymneh
Title: Managing Director

BERGGRUEN HOLDINGS NORTH AMERICA

By: _____
Name: _____
Title: _____

*[Signature Page to Subordination and Intercreditor Agreement]*

IN WITNESS WHEREOF, Subordinated Creditors, the Company and Agent have caused this Agreement to be executed as of the date first above written.

## SUBORDINATED CREDITORS:

### H.I.G. CAPITAL PARTNERS III, L.P.

By:_____
Name:_____
Title:_____

### H.I.G. INVESTMENT GROUP II, L.P.

By:_____
Name:_____
Title:_____

### H.I.G. CAPITAL PARTNERS II, L.P.

By:_____
Name:_____
Title:_____

### H.I.G. INVESTMENT GROUP III, L.P.

By:_____
Name:_____
Title:_____

### BERGGRUEN HOLDINGS NORTH AMERICA

By: /s/ [signature]
Name: JARED BLUESTEIN
Title: Director

*[Signature Page to Subordination and Intercreditor Agreement]*

IN WITNESS WHEREOF, Subordinated Creditors, the Company and Agent have caused this Agreement to be executed as of the date first above written.

SUBORDINATED CREDITOR:

_____,
a _____

By:_____
Name:_____
Title:_____

AGENT:

MERRILL LYNCH CAPITAL, a division of Merrill Lynch Business Financial Services Inc., as Agent

By: /s/ Mike Kriz
Name: Mike Kriz
Title: Vice President

[Signature Page to Subordination and Intercreditor Agreement]

COMPANY:

DESA LLC, a Delaware corporation, as a Borrower and as Funds Administrator

By: /s/ Richard Stokes
Name: Richard Stokes
Title: Vice President


DESA HEATING, LLC, a Florida limited liability company, as a Borrower

By: /s/ Richard Stokes
Name: Richard Stokes
Title: Vice President


DESA SPECIALTY, LLC, a Florida limited liability company, as a Borrower

By: /s/ Richard Stokes
Name: Richard Stokes
Title: Vice President


DESA FMI, LLC, a Florida limited liability company, as a Borrower

By: /s/ Richard Stokes
Name: Richard Stokes
Title: Vice President


*[Signature Page to Subordination and Intercreditor Agreement]*

DESA IP, LLC, a Florida limited liability
company, as a Borrower

By: /s/ Richard Stokes
Name: Richard Stokes
Title: Vice President


DHP HOLDINGS II CORPORATION, a
Delaware corporation, as a Credit Party

By: /s/ Richard Stokes
Name: Richard Stokes
Title: Vice President


DHP ACQUISITION CORP., a corporation
organized under the laws of the Cayman Islands

By: /s/ Richard Stokes
Name: Richard Stokes
Title: Vice President

*[Signature Page to Subordination and Intercreditor Agreement]*