# EXHIBIT F TO BURNS DECLARATION

# DIRECTORS & OFFICERS OF U.S. DESA ENTITIES EFFECTIVE DECEMBER 15, 2008

| Name of Entity | Board of Directors/Managers Post-Restructuring | Officers Post-Restructuring | Former Directors/Officers |
|---|---|---|---|
| DHP Holdings II Corporation<br>Delaware | Tony Tamer<br>Sami Mnaymneh<br>Richard Stokes | Tony Tamer (President)<br>Sami Mnaymneh (Secretary)<br>Charles Hanemann (VP)<br>Richard Stokes (VP)<br>Kathy Ford (VP) (*appointed 10-31-08*) | Richard Stokes (*removed as CFO 9-7-06*)<br>Paul Lehmann (VP/CFO) (*appointed 9-7-06; resigned 6-19-07*)<br>Glenn Hines (VP) (*appointed 10-31-08; resigned 12-17-08*) |
| DESA LLC<br>Florida | Tony Tamer<br>Sami Mnaymneh<br>Charles Hanemann<br>Richard Stokes (*appointed 2-1-05*)<br>Jared Bluestein | R. Michael Briggs (CEO & VP) (*appointed 4-23-07*)<br>Charles Hanemann (President)<br>Richard Stokes (VP) (*appointed 2-1-05*)<br>Kathy Ford (VP & Secy) (*appointed 3-27-08*) | Chris Weidenhammer (*resigned as director and VP 2-1-05*)<br>Stephen L. Clanton (VP/CFO) (*resigned 1-31-05*)<br>Thomas R. Heidenthal (VP/CFO) (*appointed 5-4-05; resigned 9-7-06*)<br>James Wiese (CEO) (*resigned 4-23-07*)<br>Paul Lehmann (CFO) (*appointed 9-7-06; resigned 3-27-08*)<br>Glenn Hines (VP) (*appointed 10-31-08; resigned 12-17-08*) |
| DESA Heating, LLC<br>Florida | Tony Tamer<br>Sami Mnaymneh<br>Charles Hanemann<br>Richard Stokes (*appointed 2-1-05*)<br>Jared Bluestein | R. Michael Briggs (CEO & VP) (*appointed 4-23-07*)<br>Charles Hanemann (Pres, Secy & Treas)<br>Richard Stokes (VP) (*appointed 2-1-05*)<br>Kathy Ford (VP & Asst Secy) (*appointed 3-27-08*) | Chris Weidenhammer (*resigned as director and VP 2-1-05*)<br>Stephen L. Clanton (VP/CFO) (*resigned 1-31-05*)<br>Thomas R. Heidenthal (VP/CFO) (*appointed 5-4-05; resigned 9-7-06*)<br>James Wiese (CEO) (*resigned 4-23-07*)<br>Paul Lehmann (CFO) (*appointed 9-7-06; resigned 3-27-08*)<br>Glenn Hines (VP) (*appointed 10-31-08; resigned 12-17-08*) |

# DIRECTORS & OFFICERS OF DESA ENTITIES EFFECTIVE OCTOBER 31, 2008

| Name of Entity | Board of Directors/Managers Post-Restructuring | Officers Post-Restructuring | Former Directors/Officers |
|---|---|---|---|
| DESA Specialty, LLC<br>Florida | Tony Tamer<br>Sami Mnaymneh<br>Charles Hanemann<br>Richard Stokes (*appointed 2-1-05*)<br>Jared Bluestein | R. Michael Briggs (CEO & VP) (*appointed 4-23-07*)<br>Charles Hanemann (Pres, Secy & Treas)<br>Richard Stokes (VP) (*appointed 2-1-05*)<br>Kathy Ford (VP & Asst Secy) (*appointed 3-27-08*) | Chris Weidenhammer (*resigned as director and VP 2-1-05*)<br>Stephen L. Clanton (VP/CFO) (*resigned 1-31-05*)<br>Thomas R. Heidenthal (VP/CFO) (*appointed 5-4-05; resigned 9-7-06*)<br>James Wiese (CEO) (*resigned 4-23-07*)<br>Paul Lehmann (CFO) (*appointed 9-7-06; resigned 3-27-08*)<br>Glenn Hines (VP) (*appointed 10-31-08; resigned 12-17-08*) |
| DESA FMI, LLC<br>Florida | Tony Tamer<br>Sami Mnaymneh<br>Charles Hanemann<br>Richard Stokes (*appointed 2-1-05*)<br>Jared Bluestein | R. Michael Briggs (CEO & VP) (*appointed 4-23-07*)<br>Charles Hanemann (Pres, Secy & Treas)<br>Richard Stokes (VP) (*appointed 2-1-05*)<br>Kathy Ford (VP & Asst Secy) (*appointed 3-27-08*) | Chris Weidenhammer (*resigned as director and VP 2-1-05*)<br>Stephen L. Clanton (VP/CFO) (*resigned 1-31-05*)<br>Thomas R. Heidenthal (VP/CFO) (*appointed 5-4-05; resigned 9-7-06*)<br>James Wiese (CEO) (*resigned 4-23-07*)<br>Paul Lehmann (CFO) (*appointed 9-7-06; resigned 3-27-08*)<br>Glenn Hines (VP) (*appointed 10-31-08; resigned 12-17-08*) |
| DESA IP, LLC<br>Florida | Tony Tamer<br>Sami Mnaymneh<br>Charles Hanemann<br>Richard Stokes (*appointed 2-1-05*)<br>Jared Bluestein | R. Michael Briggs (CEO & VP) (*appointed 4-23-07*)<br>Charles Hanemann (Pres, Secy & Treas)<br>Richard Stokes (VP) (*appointed 2-1-05*)<br>Kathy Ford (VP & Asst Secy) (*appointed 3-27-08*) | Chris Weidenhammer (*resigned as director and VP 2-1-05*)<br>Stephen L. Clanton (VP/CFO) (*resigned 1-31-05*)<br>Thomas R. Heidenthal (VP/CFO) (*appointed 5-4-05; resigned 9-7-06*)<br>James Wiese (CEO) (*resigned 4-23-07*)<br>Paul Lehmann (CFO) (*appointed 9-7-06; resigned 3-27-08*)<br>Glenn Hines (VP) (*appointed 10-31-08; resigned 12-17-08*) |

HIG 013493