# EXHIBIT G TO BURNS DECLARATION



2701 Industrial Drive
P.O. Box 90004
Bowling Green, KY 42102-9004
P: 270-781-9600

December 16, 2008

Re: WARN Notice

Dear: J. STEVE MANNING

Due to recent and unexpected circumstances beyond the control of DESA Heating Products, Inc. (the "Company"), it has been determined that permanent layoffs and plant closure will become necessary in the near future for the Company facilities located at 2701 and 2901 Industrial Drive, Bowling Green, Kentucky. Like most companies given the current economic climate, the Company has recently been experiencing financial difficulties. As you may know, the Company has been working with its shareholders and lenders in efforts to obtain the funding necessary to continue operations at the Bowling Green facilities. As recently as last Friday, December 5, the Company shareholders proposed to its lenders a funding strategy that would provide the needed financing. However, the Company has now been advised that its lenders are unwilling to provide the requested additional funds, leading to this notice of possible job loss.

This notice is being issued to all affected employees and the Company's union, as well as appropriate state and local authorities, so that you may begin to consider your plans and options. While the Company would have preferred to give more notice, the events have occurred so recently and suddenly that such notice was not feasible, and would have undermined the Company's aforementioned financing efforts.

Based on the best information currently available, layoffs are expected to begin as early as December 15, 2008 and continue for the subsequent two weeks, with your layoff occurring during that period. It is anticipated that these layoffs will be permanent and will affect this entire facility. For union-represented employees, bumping rights, if any, will be governed by the current collective bargaining agreements. Non-union-represented employees have no bumping, transfer or similar rights.

We regret the necessity of this announcement. Additional information affecting your job will be communicated to you as it becomes available. Please contact Craig S. Dean at (800) 432-5212 if you have any questions.

Sincerely,

Craig S. Dean
Chief Restructuring Officer



2701 Industrial Drive
P.O. Box 90004
Bowling Green, KY 42102-9004
P: 270-781-9600

December 16, 2008

Re: WARN Notice

Dear: TONEY QUESENBERRY

Due to recent and unexpected circumstances beyond the control of DESA Heating Products, Inc. (the "Company"), it has been determined that permanent layoffs and plant closure will become necessary in the near future for the Company facilities located at 2701 and 2901 Industrial Drive, Bowling Green, Kentucky. Like most companies given the current economic climate, the Company has recently been experiencing financial difficulties. As you may know, the Company has been working with its shareholders and lenders in efforts to obtain the funding necessary to continue operations at the Bowling Green facilities. As recently as last Friday, December 5, the Company shareholders proposed to its lenders a funding strategy that would provide the needed financing. However, the Company has now been advised that its lenders are unwilling to provide the requested additional funds, leading to this notice of possible job loss.

This notice is being issued to all affected employees and the Company's union, as well as appropriate state and local authorities, so that you may begin to consider your plans and options. While the Company would have preferred to give more notice, the events have occurred so recently and suddenly that such notice was not feasible, and would have undermined the Company's aforementioned financing efforts.

Based on the best information currently available, layoffs are expected to begin as early as December 15, 2008 and continue for the subsequent two weeks, with your layoff occurring during that period. It is anticipated that these layoffs will be permanent and will affect this entire facility. For union-represented employees, bumping rights, if any, will be governed by the current collective bargaining agreements. Non-union-represented employees have no bumping, transfer or similar rights.

We regret the necessity of this announcement. Additional information affecting your job will be communicated to you as it becomes available. Please contact Craig S. Dean at (800) 432-5212 if you have any questions.

Sincerely,

Craig S. Dean
Chief Restructuring Officer