# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DHP HOLDINGS II CORP., et al., | ) | Case No. 08-13422(MFW) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| _____ | ) | |
| | ) | |
| JOHN MANNING and TONY QUESENBERRY, | ) | |
| on their own behalf and on behalf | ) | |
| of all others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. No. 09-50023(MFW) |
| | ) | |
| DHP HOLDINGS II CORP. a/k/a, | ) | |
| DESA (CAYMAN) HOLDING, LLC, DESA | ) | |
| (CAYMAN) II HOLDING, LLC, DESA, LLC, | ) | |
| DESA HEATING, LLC, DESA SPECIALTY, | ) | |
| LLC, DESA FMI, LLC, DESA IP, LLC, | ) | |
| DESA, LLC, and HIG CAPITAL, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **O R D E R**

**AND NOW**, this **26th** day of **APRIL, 2011,** upon consideration of the Defendant's Motion for Summary Judgment and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Defendant's Motion for Summary Judgment is **GRANTED.**

BY THE COURT:

*Mary F. Walrath*

Mary F. Walrath
United States Bankruptcy Judge

cc: Dennis A. Meloro, Esquire[1]

---

[1] Counsel is to serve a copy of this Order and the accompanying Memorandum Opinion on all interested parties and file a Certificate of Service with the Court.

SERVICE LIST

Dennis A. Meloro, Esquire
Greenberg Traurig
1007 North Orange Stree, Ste. 1200
Wilmington, DE 19801
Counsel for H.I.G. Capital, LLC

Joseph P. Davis III, Esquire
Jeffrey M. Burns, Esquire
One International Place
Boston, MA 02110
Counsel for H.I.G. Captial, LLC

James E. Huggett, Esquire
Margolis Edelstein
750 Shipyard Drive, Suite 102
Wilmington, DE 19801
Counsel for Plaintiffs

Stuart J. Miller, Esquire
Lankenau & Miller, LLP
132 Nassau Street, Suite 423
New York, NY 10038
Counsel for Plaintiffs

Mary E. Olsen, Esquire
M. Vance McCrary, Esquire
The Gardner Firm, P.C.
210 S. Washington Avenue
Mobile, Alabama 36602
Counsel for Plaintiffs